IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIABLO VALLEY PACKAGING,
INC., a California corporation,

      Plaintiff,                    No. CIV S-06-1828 FCD EFB

      vs.

MIRACLE CANDLE CO., a Texas
Corporation; and JORGE GARCIA,
individually,                   ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

    Counsel for plaintiff has informed the court that the parties have settled the above-captioned case. Accordingly, pursuant to Local Rule 16-160(b), the court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.[1]

    All hearing dates set in this matter, including the hearing on plaintiff's motion for entry of default judgment, currently set for hearing on December 6, 2006, are **VACATED.**

////

---

[1] Plaintiff requests that the court "set the matter for dismissal" in February of 2008, representing that the terms of the settlement require installment payments not concluding until January of 2008. The court will not allow the matter to languish on its docket for fifteen months after settlement in principle. The parties are informed that their stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4     IT IS SO ORDERED.
5     DATED: December 5, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE