UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

```
DIABLO VALLEY PACKAGING, INC.,
a California corporation,          NO. CIV. S-06-1828 FCD/EFB

          Plaintiff,

     v.                            ORDER ENTERING JUDGMENT
                                   AGAINST DEFENDANTS

MIRACLE CANDLE CO., a Texas
corporation, JORGE GARCIA,
individually,

          Defendants.
```

----oo0oo----

This matter is before the court on plaintiff Diablo Valley Packaging, Inc.'s ("plaintiff") motion to enforce settlement, seeking entry of judgment against defendants Miracle Candle Co. and Jorge Garcia ("defendants") pursuant to the parties' "Stipulation for Entry of Judgment" (the "Stipulation") (Ex. 1 to Handelman Decl. [Docket #19]).[1]  By said Stipulation, defendants agreed that judgment shall be entered against them in the full

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. L.R. 78-230(h).

1

amount owing to plaintiff plus any applicable interest should defendants default on any payment obligation due under the Stipulation. Plaintiff proffers evidence of defendants' default under the Stipulation (see Handelman Decl.), and defendants have not responded to the motion.[2]

Accordingly, for good cause shown, the court hereby enforces the parties' Stipulation and enters judgment against defendants and in favor of plaintiff in the amount of $187,087.13, plus prejudgment interest from January 1, 2007 at the rate set forth in 28 U.S.C. § 1961, and post-judgment interest at the same rate pursuant to § 1961 until said judgment is paid in full.

IT IS SO ORDERED.

DATED: February 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Pursuant to Local Rule 78-230(c), defendants' opposition or non-opposition to the motion was due February 16, 2007.